[Nos. 24505-8-I; 24965-7-I. Division One. July 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICKY RAY DAVIS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. KELLY JOE BARNES, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 89-1-01407-2, 89-1-03773-1, Robert E. Dixon and Marsha J. Pechman, JJ., entered June 23 and September 22, 1989. *Affirmed* and *remanded* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 22228-7-I. Division One. July 2, 1990.]

ROSEMARY DENNING, *as Personal Representative, Respondent,* v. LESLIE E. WYSE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-14467-1, Norma Smith Huggins, J., entered April 22, 1988. *Affirmed as modified* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 23196-1-I. Division One. July 2, 1990.]

SWEET TRANSFER & STORAGE, INC., *Appellant,* v. JOHN W. WALKER, ET AL, *Defendants,* STEPHEN D. BETTEN, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-2-05463-2, Walter Peale, J. Pro Tem., entered October 7, 1988. *Reversed in part* by unpublished opinion per Grosse, A.C.J., concurred in by Forrest and Baker, JJ.